# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *
```
|  |  |
|---|---|
| PAUL MANNING, JOY MANNING, and DEMEESTER FAMILY LIMITED PARTNERSHIP, | * * * * |
| Plaintiffs, | * * |
| v. | * * |
| UNITED STATES, | * * |
| Defendant. | * * |

**No. 04-1466L**
**Filed: June 12, 2018**

```
* * * * * * * * * * * * * * * * * *
```

## O R D E R

      The court is in receipt of the parties' June 8, 2018 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, this court **ORDERS** that this case be **DISMISSED** with prejudice.

      **IT IS SO ORDERED**.

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**